Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
WESTERN District of TEXAS
WACO Division

FILED
May 09, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SV_____
                    DEPUTY

Case No. 6:22-cv-00472
(to be filled in by the Clerk's Office)

Vincent Rodriguez Jr
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

LASALLE CORRECTIONS
ASST. WARDEN TUCKER
ASST. WARDEN TERRANCE MOORE
MAJOR BEAUER       SEE ATTACHED
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Vincent Rodriguez Jr
All other names by which you have been known:
ID Number: 43953509
Current Institution: LASALLE CORRECTIONS
Address: 910 N. TYUS STREET
GROESBECK   TX   76642
City   State   Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: ASST WARDEN TUCKER
Job or Title (if known): ASSISTANT WARDEN
Shield Number:
Employer: LASALLE CORRECTIONS
Address: 910 N. TYUS STREET
GROESBECK   TX   76642
City   State   Zip Code
[X] Individual capacity   [ ] Official capacity

Defendant No. 2
Name: LASALLE CORRECTIONS
Job or Title (if known): SELF
Shield Number:
Employer: CEO - SELF
Address: 910 N. TYUS STREET
GROESBECK   TX   76642
City   State   Zip Code
[ ] Individual capacity   [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: MR TERRANCE MOORE
Job or Title (if known): ASSISTANT WARDEN
Shield Number:
Employer: LASALLE CORRECTIONS
Address: 910 N. TYUS STREET
GROESBECK, TX 76642
City / State / Zip Code
[X] Individual capacity   [ ] Official capacity

Defendant No. 4
Name: MR BEAMER
Job or Title (if known): MAJOR
Shield Number:
Employer: LASALLE CORRECTIONS
Address: 910 N. TYUS STREET
GROESBECK, TX 76642
City / State / Zip Code
[X] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

THE RIGHTS TO PRACTICE RELIGION IS PROTECTED BY THE FIRST AMENDMENT AND CONGRESS HAS ACTED TO REINFORCED THIS PROTECTION THROUGH ITS PASSAGE OF THE RELIGOUS LAND USE AND INSTITUTIONALIZE PERSON AC I AM BEING DENIED ACCESS TO PRACTICE MY RELIGION, I AM BEING DENIED ACCESS TO ORDER RELIGOUS ITEMS SUCH AS PRAYER RUGS, QURANS, AND I AM BEING TOLD TO BUY MY NECESSARY ITEMS OFF COMMISS

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

MY RIGHTS ARE PROTECTED BY THE RELIGOUS LAND USE, AND THE INSTITUTIONALIZE PERSON ACT THAT RELATES TO STATE AND LOCAL INMATES, WE ARE BEING VIOLATED, WELL I AM BEING VIOLATED, BY THE DEFENDANTS, I HAVE GUARANTEEDS AND PROTECTIONS UNDER THE CONSTITUTION.

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I AM BEING DEPRIVED OF MY RIGHT TO PRACTICE MY RELIGION, AND DENYING MY RELIGIOUS ITEMS THAT I NEED TO PRAY AND WORSHIP MY GOD, I AM BEING DISCRIMINATED ON BECAUSE I AM A MINORITY AND MUSLIM.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
LIMESTONE COUNTY DETENTION CENTER, THE DATES VARY AND THE INFORMATION IS ON TABLETS, I DON'T HAVE ACCESS TO THE DATES AT THIS TIME.

C. What date and approximate time did the events giving rise to your claim(s) occur?

APRIL 6   APRIL 2   APRIL 4   APRIL 7   APRIL 9
APRIL 15  APRIL 3   APRIL 5   APRIL 8   APRIL 10

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THE DEFENDANTS APPROVED OF OUR MEALS BEING SERVED SPOILED OR LEFT OUT TOO LONG, I WAS DENIED THE RELIGIOUS ITEMS I NEED TO PRACTICE, I WAS DENIED ACCESS TO GO PRAY.
(THE ENTIRE MUSLIM COMMUNITY WILL FURNISH THEIR NAMES AND INFO AT A LATER TIME)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I HAVE SUSTAINED INJURIES MENTALLY AND I REQUESTED TO SEE A MENTAL HEALTH DOCTOR AND I AM STILL WAITING.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I AM SEEKING THE SUM OF ONE HUNDRED MILLION DOLLARS NO CENTS, 100,000,000.00 00/100

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

LIMESTONE COUNTY DETENTION CENTER / LASALLE CORREC.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? THE RULED THAT IT WAS UNFAIR AND THE MATTER WILL BE ADDRESSED AND HANDLED.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   AT LIMESTONE COUNTY DETENTION CENTER

2. What did you claim in your grievance?

   THAT I WAS DEPRIVED OF MY RELIGIOUS ARTICLES (PRAYER RUGS, QURAN) AND I AM RECEIVING SPOILED/BAD FOOD, I AM BEING DENIED ACCESS TO PRAY.

3. What was the result, if any?

   THE GRIEVANCE RULED IN MY FAVOR AS UNFAIR, AND WAS STATED THAT IT WOULD ALL BE CORRECTED.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   I DID NOT HAVE TO FILE A APPEAL, BECAUSE IT WAS RULED IN MY FAVOR, AND ONLY A TEMPORARY FIX, THEN THE PROBLEM OCCURR.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I HAVE CONTACTED THE MARSHALS,
I HAVE CONTACTED THE COURTS
I HAVE CONTACTED LASALLE CORRECTIONS
I HAVE CONTACTED ALL RANK IN LIMESTONE DETENTION

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A


Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

VINCENT RODRIGUEZ JR.
#4393509
LCDC
910 N. TYUS STREET
GROESBECK TX 76642

RECEIVED
MAY 09 2022
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

CLERK, U.S. DISTRICT CO
WESTERN DISTRICT of TEXAS U
STATES COURTHOUSE
800 FRANKLIN AVENUE R
WACO, TEXAS 76701

